[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 4, 2008
THOMAS K. KAHN
CLERK

No. 07-12022
Non-Argument Calendar

_____

D. C. Docket No. 05-20072-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PIEDAD ELENA ECHAVARRIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 4, 2008)**

Before ANDERSON, HULL and WILSON, Circuit Judges.

PER CURIAM:

William N. Norris, appointed counsel for Piedad Elena Echavarria in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Echavarria's conviction and sentence are **AFFIRMED**.